IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 13 |
| TOBY L. AND LAURA P. HERSHBERGER, | : | |
| | : | |
| | : | CASE NO. 1:19-bk-3371-HWV |
| Debtors. | : | |

## ORDER

Upon consideration of the Fifth Application for Allowance of Compensation and Expenses, Doc. 81, as well as the arguments presented during the hearing conducted on September 27, 2022, Doc. 90,

**IT IS HEREBY ORDERED THAT:** the application for compensation and expenses, Doc. 81, is **DENIED** without prejudice for the reasons stated on the record.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: September 27, 2022